■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SMITH, Also Known as THOMAS ANDERSON, Appellant.

The defendant contends that a confession which he made during a telephone conversation with his wife should not have been admitted into evidence as it was protected by the marital privilege (CPLR 4502 [b]; CPL 60.10). Although his confession may have been made in reliance upon the trust and confidence of the marital relationship *(see, People v Fediuk,* 66 NY2d 881, 883; *Matter of Vanderbilt [Rosner—Hickey],* 57 NY2d 66, 73; *People v Fields,* 38 AD2d 231, 233, *affd* 31 NY2d 713 *on opn at App Div),* we agree with the hearing court that the defendant waived the protection of the marital privilege

*(see, People v Melski,* 10 NY2d 78, 81; *People v O'Connor,* 85 AD2d 92, 97).

We also find that the defendant's guilt was established beyond a reasonable doubt upon legally sufficient evidence *(see, People v Giuliano,* 65 NY2d 766, 768; *People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932). Finally, we find no basis to substitute our discretion for that exercised by the trial court with respect to the defendant's sentence *(see, People v Suitte,* 90 AD2d 80, 86-87). Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.